IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CR3101 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CAMERON MITCHELL, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Cameron Mitchell's Unopposed Motion to Continue Deadline for Filing Pretrial Motions (filing no.19) from November 02, 2012, to November 15, 2012. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Mitchell's deadline for filing pretrial motions shall be continued from November 02, 2012, to November 15, 2012. This Court further finds that, based upon the showing set forth in Defendant Mitchell's motion the ends of justice will be served by continuing Mitchell's deadline for filing pretrial motions. Further, the Court finds that taking such action outweighs the best interests of the public and Defendant Mitchell in a speedy trial. Accordingly, the time from November 02, 2012, to November 15, 2012, shall be excludable time, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 2nd day of November, 2012.

BY THE COURT:

*s/Cheryl R Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge